# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BLAKE BROCK,<br><br>    Petitioner,<br><br>v.<br><br>STEVE LANGFORD, Warden,<br><br>    Respondent. | Case No. LACV 17-464-RGK (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

///
///
///

3. The Clerk serve copies of this Order on the parties.

DATED: NOV 3 0 2017

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE