UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BLAKE BROCK,<br><br>                Petitioner,<br><br>    v.<br><br>STEVE LANGFORD, Warden,<br><br>                Respondent. | Case No. LACV 17-464-RGK (LAL)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: NOV 3 0 2017

                                        HONORABLE R. GARY KLAUSNER
                                        UNITED STATES DISTRICT JUDGE